```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS022399
Cashier ID: jgiesbre
Transaction Date: 10/31/2013
Payer Name: Koch Scow LLC
------------------------------------
MISCELLANEOUS PAPERS
 For: Koch Scow LLC
 Case/Party: D-NVX-2-13-MS-000086-001
 Amount:         $46.00
------------------------------------
CHECK/MONEY ORDER
 Remitter: Koch Scow LLC
 Check/Money Order Num: 2854
 Amt Tendered:  $46.00
------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```